UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 17-2298-CBM(RAOx)** | Date | AUGUST 5, 2020 |
|---|---|---|---|
| Title | KIRK MCLEMORE, ET AL., v. NAUTILUS HYOSUNG AMERICA, INC., ET AL., | | |

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Sheri Kleeger |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Daniel Z. Srourian | Shayna H. Balch |
| Ashkan Y. Shakouri | James C. Fessenden |

**Proceedings:**  TELEPHONIC HEARING RE FINAL FAIRNESS AND APPROVAL HEARING AND MOTIONS [64] AND [65]

The case is called and counsel state their appearance. The Court and counsel confer via telephone regarding the status of the case.

Following discussions with the parties, the Court finds the settlement is fair, reasonable and adequate and grants the motion for final approval of the class and collective action settlement [65].

The Court further grants the plaintiff's motion for attorneys' fees, attorney costs, service awards and settlement administration costs [64].

An order will follow.

IT IS SO ORDERED.

cc: all parties                                                                                                      **: 12**